UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SONYA FACEY,

                  Plaintiff,                                    NOT FOR PUBLICATION

-against-                                              **ORDER**
                                                          09-CV-4411 (CBA) (ALC)

EQUINOX HOLDINGS, INC. and
JUAN MORERO,

                  Defendants.
-----------------------------------------------------------x
AMON, United States District Judge:

       The Court has received the report and recommendation of the Honorable Andrew L. Carter, United States Magistrate Judge, dated February 15, 2011, which recommends that the Court dismiss the amended complaint against defendant Juan Morero, without prejudice, for failure to timely effect service.

       As no party has objected, the Court hereby adopts the report and recommendation dated February 15, 2011 as the opinion of the Court.

       The Clerk of Court is directed to enter judgment accordingly.

       SO ORDERED.

Dated: Brooklyn, New York
       March 10, 2011

                                                               _____/s/_____
                                                                   Carol Bagley Amon
                                                                United States District Judge